IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TROY SIWEK AND LAURA SIWEK ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
|     Creditor, ) | |
|   vs. ) | CASE NO. 11B06393 |
| ) | JUDGE BRUCE W. BLACK |
| TROY SIWEK AND LAURA SIWEK, ) | |
|     Debtor, ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes U.S. Bank National Association, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The following is an itemization of fees and costs due on the loan as of March 19, 2013.

**The Loan is current due for April 1, 2013**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, U.S. Bank National Association rights to collect these amounts will remain unaffected.

        Respectfully Submitted,
        U.S. Bank National Association

        /s/Toni Dillon
        Toni Dillon
        ARDC#6289370

        Pierce and Associates, P.C.
        1 North Dearborn Street
        Suite 1300
        Chicago, Illinois 60602
        (312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:  TROY SIWEK AND LAURA SIWEK   )
                                  )
U.S. Bank National Association,   )
             Creditor,            )
        vs.                       )   CASE NO. 11B06393
                                  )   Judge BRUCE W. BLACK
TROY SIWEK AND LAURA SIWEK,       )
             Debtor(s),           )

## CERTIFICATE OF SERVICE

TO:  SEE ATTACHED ADDRESSES

### CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on March 29, 2013with proper postage prepaid.

/s/Toni Dillon
ARDC#6289370

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT      **Pierce and Associates,
**TO COLLECT A DEBT AND ANY            **1 North Dearborn
**INFORMATION OBTAINED WILL BE USED    **13th Floor
**FOR THAT PURPOSE\*\*\***                  Chicago, IL 60602

**SERVICE LIST**

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, Illinois 60532
**by Electronic Notice though ECF**

To Debtor:
TROY SIWEK AND LAURA SIWEK
13013 Skyline Drive
Plainfield, IL 60585
**by U.S. Mail**

To Attorney:
Illini Legal Services Chartered
2756 Route 34
Oswego, IL 60543
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA13-1119